

D. CHRISTOPHER MASON                  ATTORNEYS AT LAW                                EMAIL:
                                      11 BROADWAY                          cmason@masonlawpllc.com
                                  SIXTH FLOOR, SUITE 615-8
                                  NEW YORK, NEW YORK 10004
                                  P: 212.498.9691 F: 212.498.9692

December 5, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    Karen Berens v. Southern Westchester BOCES
                  S.D.N.Y. Docket No.: 22-CV-8183(KMK)

Dear Judge Karas:

We represent the Plainitff Karen Berens in the above-referenced matter. Due to a family emergency, we are requesting an extension of time to respond to the Defendant's Monday December 5th to Friday December 8th. Counsel for the Defendants have consented to the request.

Respectfully,

/s/ D. Christopher Mason
D. Christopher Mason