**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

MEMO ENDORSED

February 23, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

      Re:  *Karen Berens v. Southern Westchester BOCES*
            S.D.N.Y. Docket No.: 22-CV-8183(KMK)

Dear Judge Karas:

    We represent the Defendants Southern Westchester BOCES and the Board of Education of Southern Westchester BOCES ("BOCES"). In accordance with the Court's January 18, 2023 Order, we are writing to propose a revised briefing schedule for the defendants' Rule 12(b)(6) motion to dismiss since the plaintiff recently filed an Amended Complaint. We have conferred with plaintiff's counsel and the parties respectfully request that the Court order the following briefing schedule:

1. Defendants' motion shall be filed by March 24, 2023;
2. Plaintiff's opposition shall be filed by April 23, 2023; and
3. Defendants' reply shall be filed by May 5, 2023.

    We greatly appreciate the Court's time and attention.

Granted.

So Ordered.

*[signature]*
2/23/23

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: *Caroline B. Lineen*
Caroline B. Lineen
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

cc:  **Via ECF**
      D. Christopher Mason, Esq.
      Mason Law PLLC