# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

March 24, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re: *Karen Berens v. Southern Westchester BOCES*
       S.D.N.Y. Docket No.: 22-CV-8183(KMK)

Dear Judge Karas:

  We represent the Defendants Southern Westchester BOCES and the Board of Education of Southern Westchester BOCES ("BOCES"). Although we initially intended to file a Rule 12(b) motion to dismiss, we have further evaluated the Amended Complaint and determined that it would be most efficient and likely lead to a quicker resolution of the case to file an Answer and move for summary judgment upon the completion of discovery. Accordingly, we will file an Answer under separate cover shortly.

  We greatly appreciate the Court's time and attention.

So Ordered.
[signature]
3/24/23

Respectfully submitted,

SILVERMAN & ASSOCIATES

By: [signature]
Caroline B. Lineen
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

cc: **Via ECF**
   D. Christopher Mason, Esq.
   Mason Law PLLC